IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 6:12-CV-03554-WJE |
| | ) |
| NATHANIEL DAWSON, | ) |
| | ) |
| Defendant. | ) |

### REPORT AND RECOMMENDATION

Pending before the Court is Defendant Nathaniel Dawson's *pro se* motion for release. (Doc. 52). This matter has been referred to the undersigned for preliminary review. For the reasons that follow, it is recommended that Mr. Dawson's motion be denied without prejudice.

On June 7, 2013, Mr. Dawson was committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4246. (Doc. 13). In the instant motion, Mr. Dawson requests "a court order to release [him] from prison," which the undersigned construes as a motion for release pursuant to section 4247(h). (Doc. 52 at 1). However, Mr. Dawson is not authorized to personally file a motion to determine whether he should be discharged. *See United States v. O'Laughlin*, 934 F.3d 840, 840-41 (8th Cir. 2019) (Section 4247(h) requires motions for discharge "to be filed by an attorney or legal guardian for the committed person.") *cert. denied*, 140 S.Ct. 2535 (Mar. 23, 2020). Here, the motion was filed by Mr. Dawson rather than an attorney or legal guardian.

Accordingly, it is RECOMMENDED that Mr. Dawson's *pro se* motion for release (Doc. 52) be DENIED without prejudice.

Counsel are reminded that each party has fourteen (14) days from the date of receipt of a copy of this Report and Recommendation within which to file and serve objections. A failure to file and serve objections by this date shall bar an attack on appeal of the factual findings in the

Report and Recommendation which are accepted or adopted by the District Judge, except on the grounds of plain error or manifest injustice.

Dated this 15th day of July 2024, at Jefferson City, Missouri.

*Willie J. Epps, Jr.*
Willie J. Epps, Jr.
Chief United States Magistrate Judge